**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN MORALES-LOPEZ,<br><br>    Petitioner,<br><br>    v.<br><br>MICHAEL L. BENOV,<br><br>    Respondent. | Case No.: 1:13-cv-01099 LJO BAM HC<br><br>ORDER REASSIGNING THIS ACTION TO A NEW MAGISTRATE JUDGE |

The Court finds the necessity for reassignment of the above caption case, and for notice to be given to the affected parties.

IT IS HEREBY ORDERED that:

The above captioned case shall be and is hereby REASSIGNED only from Magistrate Judge Barbara A. McAuliffe to Magistrate Judge Gary S. Austin for all further proceedings. The new case number for this action, which must be used on all documents filed with the Court is:

1:13-cv-01099 LJO GSA HC

All dates currently set in this reassigned action shall remain effective subject to further order of the Court. All future pleadings shall be so numbered. Failure to use the correct case number may result in delay in documents being received by the correct judicial officer.

IT IS SO ORDERED.

Dated:   **September 18, 2013**         /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

1